IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UMASS MEMORIAL HEALTH CARE, INC,<br><br>　　　　　　　　　　Defendant. | Case No.: 4:22-cv-12022<br><br>[Trial Court of Massachusetts, The Superior Court, Worcester County, Docket No. 2285CV01205D] |
| LISA COLLETON, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UMASS MEMORIAL HEALTH CARE, INC,<br><br>　　　　　　　　　　Defendant. | Case No.: 4:22-cv-40154<br><br>[Trial Court of Massachusetts, The Superior Court, Worcester County, Docket No. 2285CV01293D] |
| JANICE PROGIN, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UMASS MEMORIAL HEALTH CARE, INC., *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.: 4:23-cv-10113-ADB<br><br>[Trial Court of Massachusetts, The Superior Court, Suffolk County, Docket No. 2284CV02889] |

**JOINT MOTION FOR ENTRY OF SCHEDULE REGARDING MOTIONS TO REMAND AND TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINTS**

The Plaintiffs John Doe, Lisa Colleton and Janice Progin in each of the above referenced actions, and UMass Memorial Healthcare, the common defendant in each of those actions, along with the additional defendants in the Progin Action (the "Parties"), jointly move this Court to enter a scheduling order for the briefing of Motions to Remand each of these actions, as set forth below.

Each of the above actions were filed in the Massachusetts state court. The Doe class action case was filed first, with the Colleton and Progin class action cases filed in succeeding months, making similar claims against UMass Memorial Healthcare, the common defendant and against the additional defendants in the Progin Action. The Doe and Colleton Actions were filed in the Worcester Superior Court. The Progin Action was filed in the Business Litigation Section of the Suffolk Superior Court.

The Defendants removed each of these actions to this Court alleging federal jurisdiction under the federal officer removal provision of 28 U.S.C. § 1442(a)(1). The Doe Action was removed on November 28, 2022, the Colleton Action was removed on December 28, 2022, and the Progin Action was removed on January 17, 2023. Plaintiff Doe filed a Motion to Remand the Doe Action on January 6, 2023 (Doe ECF 9 and 10). Plaintiffs Colleton filed a Motion to Remand the Colleton action on January 27, 2023 (Colleton ECF 13). Progin will be filing a Motion to Remand her case by February 16, 2023.

Since the bases for seeking removal of the three actions are similar, the Parties anticipate that some, but not necessarily all, of the legal issues raised in their respective Motions to Remand will be the same. Accordingly, coordinated briefing on the Motions to Remand would serve the interests of legal and judicial economy. Accordingly, the Parties respectfully move this Court to establish the following uniform dates for the remaining briefing of the Motions to Remand in the three related actions.

1. Plaintiff Progin will file her Motion to Remand by February 16, 2023.

2. Defendants will file their Oppositions to each of the Motions to Remand by March 20, 2023. Defendants shall file a single omnibus opposition to the three Motions to Remand, and the opposition memoranda may be up to 25 pages.

3. Plaintiffs shall file their replies in support of their Motions to Remand by April 19, 2023. Plaintiffs shall file a single omnibus reply in support of the three Motions to Remand. Each Plaintiff may also file a supplemental reply, not exceeding 5 pages, addressing issues specific to the Motion to Remand that Plaintiff's action.

By making this request of the Court, the Parties seek to streamline the Court's consideration of the removal to this Court and associated remand motions. The Parties do not seek consolidation of these actions at this time, nor do the Parties intend in any way to interfere with this Court's determination of its jurisdiction in these matters.

The Parties also move this Court to order that the Defendants' time to move, plead, answer, or otherwise respond to each of the complaints in the above referenced actions shall be extended until 30 days after the Court rules on the Motions to Remand.

Dated:  February 2, 2023                               Respectfully submitted,

/s/ Jonathan T. Merrigan
J. Tucker Merrigan, BBO# 681627
Victoria Santoro Mair, BBO# 679120
Erin E. McHugh, BBO# 703701
SWEENEY MERRIGAN LAW
268 Summer St. LL
Boston, MA 02210
Tel: (617) 391-9001
Fax: (617) 357-9001
tucker@sweeneymerrigan.com
victoria@sweeneymerrigan.com
emchugh@sweeneymerrigan.com

Foster C. Johnson
David Warden
Nathan Campbell
**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney, Suite 2500
Houston, Texas 77010
(713) 655-1101 -Phone
(713) 655-0062 – Fax
fjohnson@azalaw.com
dwarden@azalaw.com
ncampbell@azalaw.com

Seth Meyer
Alex Dravillas
**KELLER POSTMAN LLC**
150 N. Riverside Plaza Suite 4100
Chicago, Illinois 60606
(312) 741-5220
sam@kellerpostman.com
adj@kellerpostman.com

***Counsel for John Doe***


*/s/ William P. Doyle III*
William Patrick Doyle III, BBO #556999
**COLONNA, DOYLE AND SIMEOLOA**
26 Main St, 3rd Floor
Lynnfield, MA 01940
(781) 245-1127
bill@colonna-doyle.com

Nicholas A. Coulson
Lance Spitzig
**LIDDLE SHEETS COULSON P.C.**
975 East Jefferson Avenue
Detroit, MI 48207-3101
T: (313) 392-0015
F: (313) 392-0025
ncoulson@lsccounsel.com
lspitzig@lsccounsel.com

***Counsel for Lisa Colleton***

*/s/ Michelle H. Blauner*
Edward F. Haber (BBO #215620)
Michelle H. Blauner (BBO #549049)
Patrick J. Vallely (BBO #663866)
**SHAPIRO HABER & URMY LLP**
One Boston Place
Suite 2600
Boston, MA 02108
(617) 439-3939 – Telephone
(617) 439-0134 – Facsimile
ehaber@shulaw.com
mblauner@shulaw.com
pvallely@shulaw.com

***Counsel for Janice Progin***

*/s/ James H. Rollinson*
James H. Rollinson, Esq. (BBO #649407)
**BAKER & HOSTETLER LLP**
127 Public Street
Suite 2000
Cleveland, OH 44116
jrollinson@bakerlaw.com
T: (216) 621-0200
F: (216) 626-0740

Paul G. Karlgodt
**BAKER & HOSTETLER LLP**
1801 California Street
Suite 4400
Denver, CO 80202-2662
pkarlsgodt@bakerlaw.com
T: (303) 764-4013
F: (303) 861-7805

Elizabeth A. Scully
**BAKER & HOSTETLER LLP**
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
escully@bakerlaw.com
T: (202) 861-1500
F: (202) 861-1783

Stephen T. Paterniti (BBO #564860)
**JACKSON LEWIS P.C.**
75 Park Plaza, 4th Floor
Boston, MA 02116
Stephen.Paterniti@jacksonlewis.com
T: (617) 305-1221

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was filed electronically through the Court's electronic filing system and that notice of this filing will be sent to all counsel of record in this matter by operation of the Court's ECF system.

Dated: February 2, 2023

>  */s/ Michelle H. Blauner*
> Michelle H. Blauner